UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON C. BROWN, JR., | No. C 12-2145 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| TIM VARGAS, warden, | |
| Respondent. | |

This action is dismissed without prejudice for failure to comply with the court's order.

IT IS SO ORDERED AND ADJUDGED.

DATED: July 23, 2012

SUSAN ILLSTON
United States District Judge